SEALED



UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF WEST VIRGINIA
CHARLESTON GRAND JURY 2018-1
JULY 23, 2019 SESSION

UNITED STATES OF AMERICA

v.  CRIMINAL NO. 2:19-00187

18 U.S.C. § 922(g)(1)
18 U.S.C. § 924(a)(2)

RICKY ALLEN NELSON

**I N D I C T M E N T**
(Felon in Possession of a Firearm)

The Grand Jury Charges:

1. On or about April 30, 2018, at or near Danville, Boone County, West Virginia, and within the Southern District of West Virginia, defendant RICKY ALLEN NELSON did knowingly possess a firearm, that is, a RG Model 23 .22 revolver, in and affecting interstate commerce.

2. At the time defendant RICKY ALLEN NELSON possessed the aforesaid firearm, he knew he had been convicted of a crime punishable by a term of imprisonment exceeding one year, as defined in 18 U.S.C. § 921(a)(20), that is, convicted on or about February 27, 2008, in the Circuit Court of Logan County, West Virginia, of robbery in the first degree in violation of W.Va. Code § 61-2-12.

In violation of Title 18, United States Code, Sections 922(g)(1) and 924(a)(2).

                        MICHAEL B. STUART  
                        United States Attorney

By: _____  
     CHRISTOPHER R. ARTHUR  
     Assistant United States Attorney